WEISS, Respondent, v. GOODMAN, Appellant.

(Common Pleas of New York City and County, General Term.  February 28, 1894.)

Appeal from fourth district court.
Action by Ignatz Weiss against Joseph Goodman.
Argued before BISCHOFF and GIEGERICH, JJ.
H. J. Goldsmith, for appellant.
A. B. Jaworower, for respondent.
No opinion.  Judgment affirmed, with costs.

---

CONWAY, Respondent, v. KEPPY, Appellant.

(Common Pleas of New York City and County, General Term.  March 1, 1894.)

Appeal from ninth district court.
Action by Benjamin F. Conway against Frederick Keppy.
Argued before BISCHOFF and GIEGERICH, JJ.
Slosson & Langdon, for appellant.
J. A. Dutton, for respondent.
No opinion.  Judgment affirmed, with costs.

---

DUFFY, Respondent, v. McAVOY, Appellant.

(Common Pleas of New York City and County, General Term.  March 1, 1894.)

Appeal from third district court.
Action by John Duffy against Peter McAvoy.
Argued before BISCHOFF and GIEGERICH, JJ.
R. J. Haire, for appellant.
C. J. Schampain, for respondent.
No opinion.  Judgment affirmed, with costs.

---

LEARY, Respondent, v. LUBCKER, Appellant.

(Common Pleas of New City and County, General Term.  March 1, 1894.)

Appeal from first district court.
Action by Cornelius Leary against Louis Lubcker.
Argued before BISCHOFF and GIEGERICH, JJ.
W. F. Brown, for appellant.
J. Ranger, for respondent.
No opinion.  Judgment affirmed, with costs.